1  MARK D. LONERGAN (State Bar No. 143622)
   mdl@severson.com
2  REBECCA S. SAELAO (State Bar No. 222731)
   rss@severson.com
3  ALISA A. GIVENTAL (State Bar No. 273551)
   aag@severson.com
4  SEVERSON & WERSON
   A Professional Corporation
5  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
6  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439

Attorneys for Defendants
WELLS FARGO FINANCIAL NATIONAL BANK

*IT IS SO ORDERED*
*[signature] Judge Edward J. Davila*
DATED: 9/23/2015

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| PAMELA KOTALIK,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANSUNION, LLC; DISCOVER BANK; WELLS FARGO FINANCIAL NATIONAL BANK; AR STRAT; SEARS BRANDS, LLC AND DOES 1 THROUGH 100 INCLUSIVE,<br><br>　　　　Defendant. | Case No. 5:15-cv-03863-EJD<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO INITIAL COMPLAINT**<br><br>The Hon. Edward J. Davila |

　　　Plaintiff PAMELA KOTALIK, ("Plaintiff") and defendant WELLS FARGO BANK, N.A., ("Defendant") hereby stipulate as follows:

　　　**RECITALS**

　　　1.　　Plaintiff filed this action against Defendant on June 15, 2015 and served Defendant on or about August 20, 2015.

　　　2.　　Defendant's initial deadline to respond to the Complaint was September 21, 2015.

　　　3.　　Plaintiff has agreed to extend the time for Defendant to respond to the Complaint

1  up to and including November 5, 2015, so that Defendant may have additional time to investigate
2  this matter and the parties may explore the possibility of settlement.
3      4.    This change in deadline will not alter the date of any event or any deadline already
4  fixed by Court order, local rules, or the Federal Rules of Civil Procedure.
5      THEREFORE, the parties stipulate as follows:

**STIPULATION**

7      1.    The deadline for Defendant to respond to the Complaint shall by continued to
8  November 5, 2015.
9      2.    This change in deadline will not alter the date of any event or any deadline already
10 fixed by Court order, local rules, or the Federal Rules of Civil Procedure.
11 **IT IS SO STIPULATED.**

12 DATED: September 21, 2015                    SAGARIA LAW, P.C.

13                                              By: _/s/ Elliot W. Gale_____
14                                                   Elliot W. Gale
                                                 Attorneys for Plaintiff
15                                               WILLIAM FOSTER

17 DATED: September 21, 2015                    SEVERSON & WERSON
                                                 A Professional Corporation

18
19                                              By: _/s/ Alisa A. Givental_____
                                                     Alisa A. Givental
                                                 Attorneys for Defendant
20                                               WELLS FARGO BANK, N.A.

21

22 I, Alisa A. Givental, am the ECF user whose identification and password are being used to file this
23 Stipulation. I hereby attest that Elliot W. Gale has concurred in this filing.
24 _/s/ Alisa A. Givental_