Andrew S. Meyers, Esq.  (IN #31427-49)
   (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  ameyers@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Lauren E. Tate, Esq. (CSB #124483)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA  94710
Telephone:  510-525-5100
Fax:  510-525-5130
E-Mail:  ltate@tateandassociates-law.com

*Local Counsel for Defendant Trans Union, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| PAMELA KOTALIK,<br>　　　　Plaintiff,<br><br>　vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANSUNION, LLC; DISCOVER BANK; WELLS FARGO FINANCIAL NATIONAL BANK; AR STRAT; SEARS BRANDS, LLC; and DOES 1 through 100, inclusive;<br>　　　　Defendants. | CASE NO.  5:15-cv-03863-EJD<br><br>**JOINT NOTICE OF SETTLEMENT** |

　　　　Plaintiff, Pamela Kotalik, by counsel, and Defendant, Trans Union, LLC ("Trans Union"), by counsel, hereby informs this Court that Plaintiff and Trans Union have reached a settlement as to all matters raised by Plaintiff against Trans Union only in this action.  Plaintiff

**JOINT NOTICE OF SETTLEMENT – 5:15-CV-03863-EJD**
Page 1 of 2

will file a stipulation of dismissal, dismissing her claims against Trans Union with Prejudice once the settlement is consummated.

                                                Respectfully submitted,

Date:   November 9, 2015.               *s/ Elliot W. Gale (with consent)*
                                                Elliot W. Gale, Esq.
                                                Sagaria Law, P.C.
                                                2033 Gateway Place, 5th Floor
                                                San Jose, CA 95110
                                                Telephone: 408-279-2299
                                                Fax: 408-279-2299
                                                E-Mail: egale@sagarialaw.com

                                                *Counsel for Plaintiff, Pamela Kotalik*

Date:  November 10, 2015.              *s/ Andrew S. Meyers*
                                                Andrew S. Meyers, Esq.  (IN #31427-49)
                                                  (admitted *Pro Hac Vice*)
                                                Schuckit & Associates, P.C.
                                                4545 Northwestern Drive
                                                Zionsville, IN  46077
                                                Telephone: 317-363-2400
                                                Fax: 317-363-2257
                                                E-Mail: ameyers@schuckitlaw.com

                                                *Lead Counsel for Defendant, Trans Union, LLC*

                                                Lauren E. Tate, Esq. (CSB #124483)
                                                Tate & Associates
                                                1321 8th Street, Suite 4
                                                Berkeley, CA  94710
                                                Telephone: 510-525-5100
                                                Fax: 510-525-5130
                                                E-Mail: ltate@tateandassociates-law.com

                                                *Local Counsel for Defendant, Trans Union, LLC*

                                                *Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the Signatories.*

**JOINT NOTICE OF SETTLEMENT – 5:15-CV-03863-EJD**