UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAMELA KOTALIK,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>　　　　Defendants. | Case No. 5:15-cv-03863-EJD<br><br>**ORDER TO SHOW CAUSE** |

On June 15, 2015, Plaintiff Pamela Kotalik ("Plaintiff") filed the Complaint underlying this action. To date, however, the docket does not contain a proof of service or waiver of service for Defendant Sears Brands, LLC ("Sears"), and Sears has not appeared in this action.

The currently-effective version of Rule 4(m) of the Federal Rules of Civil Procedure provides in pertinent part:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

The 120-day period for service provided by Rule 4(m) expired on October 13, 2015. Accordingly, the court issues the instant Order to Show Cause ("OSC") requiring that Plaintiff, no later than **November 17, 2015**, either: (1) file documents to show proof of service of the Summons and Complaint on Sears; or (2) explain in writing why service has not been accomplished. No hearing will be held on the order to show cause unless otherwise ordered by the court.

Case No.: 5:15-cv-03863-EJD
ORDER TO SHOW CAUSE

1

Plaintiff is notified that the court will dismiss Sears if Plaintiff fails to comply with this OSC or otherwise fails to show good cause as directed above

**IT IS SO ORDERED.**

Dated: November 12, 2015



EDWARD J. DAVILA
United States District Judge