*IT IS SO ORDERED*
*Judge Edward J. Davila*
DATED: 11/20/2015

Scott Sagaria (State Bar No.217981)
Elliot Gale (State Bar No. 263326)
Joe Angelo (State Bar No. 268542)
SAGARIA LAW, P.C.
2033 Gateway Place, 5th Floor
San Jose, California 95110
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| PAMELA KOTALIK,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; et. al.,<br><br>　　　　　Defendants. | Federal Case No.: 5:15-CV-03863-EJD<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT SEARS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** |

**PLEASE TAKE NOTICE** that Plaintiff Pamela Kotalik, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses Defendant Sears as to all claims in this action.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

41(a) Voluntary Dismissal

(1) By the Plaintiff

　　(a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

　　　　(1) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

1
PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT SEARS

1    Defendant Sears has neither answered Plaintiff's Complaint, nor filed a motion for
2 summary judgment.  Accordingly, the matter may be dismissed against it for all purposes and
3 without an Order of the Court.
4    The Court's November 12, 2015 Order to Show Cause is discharged.

5 Dated: November 18, 2015                                    Sagaria Law, P.C.

                                            By:    */s/ Elliot W. Gale*
                                                       Elliot W. Gale
                                            Attorneys for Plaintiff
                                            Pamela Kotalik