

1  Scott Sagaria (State Bar No.217981)
   Elliot Gale (State Bar No. 263326)
2  Joe Angelo (State Bar No. 268542)
   SAGARIA LAW, P.C.
3  2033 Gateway Place, 5th Floor
   San Jose, California 95110
4  Telephone: (408) 279-2288
   Facsimile: (408) 279-2299
5
   Attorneys for Plaintiff
6

IT IS SO ORDERED
Judge Edward J. Davila
DATED: 11/20/2015

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| PAMELA KOTALIK, | Federal Case No.: 5:15-CV-03863-EJD |
| Plaintiff, | |
| vs. | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT DISCOVER BANK PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** |
| EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., | |
| Defendants. | |

**PLEASE TAKE NOTICE** that Plaintiff Pamela Kotalik, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses Defendant Discover Bnk as to all claims in this action.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

41(a) Voluntary Dismissal

(1) By the Plaintiff

   (a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

      (1) a notice of dismissal before the opposing party serves either an answer

1 or a motion for summary judgment.

2 Defendant Discover Bank has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, the matter may be dismissed against it for all purposes and without an Order of the Court.

Dated: November 18, 2015              Sagaria Law, P.C.

By: _/s/ Elliot W. Gale_
         Elliot W. Gale
Attorneys for Plaintiff
Pamela Kotalik