UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAMELA KOTALIK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>　　　　Defendants. | Case No.  5:15-cv-03863-EJD<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

Because the parties have since complied with its requirements and demonstrated good cause in response, the Order to Show Cause issued on November 17, 2015 (Docket Item No. 35), is DISCHARGED.  The hearing scheduled for December 3, 2015, is VACATED.

**IT IS SO ORDERED.**

Dated:  November 24, 2015

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　United States District Judge