SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
**SAGARIA LAW, P.C.**
2033 Gateway Place, 6th Floor
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| PAMELA KOTALIK, | Case No.: 5:15-CV-03863-EJD |
| Plaintiff, | NOTICE OF SETTLEMENT WITH DEFENDANT WELLS FARGO BANK, N.A. |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., | |
| Defendants. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

　　**PLEASE TAKE NOTICE THAT** plaintiff Pamela Kotalik and defendant Wells Fargo

Bank, N.A., by and through their respective counsel of record, have reached a settlement in

principle of the above captioned case and are in the process of documenting said settlement.


Dated:   February 2, 2016

**Sagaria Law, P.C.**
/s/ *Elliot Gale*
Elliot Gale
Attorneys for Plaintiff