UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAMELA KOTALIK,<br>        Plaintiff,<br>   v.<br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br>        Defendants. | Case No.  5:15-cv-03863-EJD<br><br>**ORDER TO SHOW CAUSE** |

Since all defendants named in this action have been dismissed save for one who has not responded to the Complaint, the Clerk issued a notice on February 24, 2016, which scheduled a Case Management Conference for this action on March 10, 2016, and required a Case Management Conference Statement be filed on or before March 3, 2016.  As of the date and time this order was filed, however, the court has not received a statement from any party.

Accordingly, the court hereby issues an order to show cause why this action should not be dismissed for failure to prosecute.  If Plaintiff does not, by **March 7, 2016**, file or cause to be filed a Case Management Conference Statement which conforms to the undersigned's applicable Standing Order or otherwise demonstrate good cause in writing why this case should not be dismissed, the court will dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b).  No hearing will be held on the order to show cause unless otherwise ordered by the court.

**IT IS SO ORDERED.**

Dated:  March 4, 2016

EDWARD J. DAVILA
United States District Judge

Case No.: 5:15-cv-03863-EJD
ORDER TO SHOW CAUSE