1  Scott Sagaria (State Bar No.217981)
   Elliot Gale (State Bar No. 263326)
2  Joe Angelo (State Bar No. 268542)
   SAGARIA LAW, P.C.
3  2033 Gateway Place, 5th Floor
   San Jose, California 95110
4  Telephone: (408) 279-2288
   Facsimile: (408) 279-2299
5
   Attorneys for Plaintiff
6

*IT IS SO ORDERED*
*Judge Edward J. Davila*
DATED: 3/7/2016

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| PAMELA KOTALIK,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; et. al.,<br><br>　　　　　Defendants. | Federal Case No.: 5:15-CV-03863-EJD<br><br>**PLAINTIFF'S AMENDED NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT AR STRAT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** |

**PLEASE TAKE NOTICE** that Plaintiff Pamela Kotalik, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses Defendant AR Strat as to all claims in this action.

　　　　Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

　　　　41(a) Voluntary Dismissal

　　　　(1) By the Plaintiff

　　　　　　(a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

　　　　　　　　(1) a notice of dismissal before the opposing party serves either an answer

1
PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT AR STRAT

1                     or a motion for summary judgment.

2       Defendant AR Strat has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, the matter may be dismissed against it for all purposes and without an Order of the Court.

      The Clerk shall close this file.

Dated: March 4, 2016                     Sagaria Law, P.C.

                                      By:    */s/ Elliot W. Gale*
                                                      Elliot W. Gale
                                    Attorneys for Plaintiff
                                    Pamela Kotalik